# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---:|
| Akorn Operating Company, LLC | Ethypharm | 11/29/2022 | Wire | $ 90,771.25 |
| Akorn Operating Company, LLC | Ethypharm | 12/8/2022 | Wire | $ 142,077.87 |
| Akorn Operating Company, LLC | Ethypharm | 1/5/2023 | Wire | $ 533,955.41 |
| Akorn Operating Company, LLC | Ethypharm | 1/24/2023 | Wire | $ 412,910.40 |
| Akorn Operating Company, LLC | Ethypharm | 2/7/2023 | Wire | $ 54,849.60 |
| | | | | $ 1,234,564.53 |