**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, et al., | Case No. 23-10253 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, | Adv. Pro. No. 25-50249 (KBO) |
| Plaintiff, | |
| -v- | |
| ETHYPHARM, | |
| Defendant. | |

**CORPORATE OWNERSHIP STATEMENT OF DEFENDANT ETHYPHARM S.A.S.**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, Defendant Ethypharm S.A.S. hereby discloses the following: Ethypharm S.A.S.'s parent company is Financière Verdi 1, which owns 100% of Ethypharm S.A.S.'s equity interests. The equity interests of Financière Verdi 1 are wholly owned by Financière Verdi II, whose equity interests are wholly owned by Financière Verdi III. Ethypharm S.A.S. is a privately held corporation and no publicly held corporation directly or indirectly owns 10% or more of Ethypharm S.A.S.'s stock.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

Dated: September 22, 2025
       Wilmington, Delaware

|  |  |
|---|---|
| BAKER BOTTS L.L.P.<br>Scott R. Bowling (*pro hac vice* admission pending)<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone:    (212) 408-2500<br>Facsimile:    (212) 259-2501<br>Email: scott.bowling@bakerbotts.com<br><br>-and-<br><br>BAKER BOTTS L.L.P.<br>Kevin Chiu (*pro hac vice* admission pending)<br>2001 Ross Avenue, Suite 900<br>Dallas, Texas 75201-2980<br>Telephone:    (214) 953-6500<br>Facsimile:    (214) 953-6503<br>Email: kevin.chiu@bakerbotts.com | */s/ Donna L. Culver*<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Donna L. Culver (No. 2983)<br>Curtis S. Miller (No. 4583)<br>Andrew R. Remming (No. 5120)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dculver@morrisnichols.com<br>          cmiller@ morrisnichols.com<br>          aremming@ morrisnichols.com<br><br>*Attorneys for Ethypharm S.A.S.* |