## CERTIFICATE OF SERVICE

I, Donna L. Culver, Esquire, do hereby certify that a copy of the foregoing **CORPORATE OWNERSHIP STATEMENT OF DEFENDANT THYPHARM S.A.S.** was served this 22nd day of September, 2025, upon the following counsel in the manner indicated:

### BY EMAIL

Evan T. Miller, Esq.
Paige N. Topper, Esq.
Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, DE 19801
evan.miller@saul.com
paige.topper@saul.com

Michelle G. Novick, Esq.
Saul Ewing LLP
161 North Clark Street, Suite 4200
Chicago, IL 60601
michelle.novick@saul.com

Turner N. Falk, Esq.
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
turner.falk@saul.com

*/s/ Donna L. Culver*
Donna L. Culver (#2983)