# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, et al., | Case No. 23-10253 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, | Adv. Pro. No. 25-50249 (KBO) |
| Plaintiff, | |
| -v- | |
| ETHYPHARM, | |
| Defendant. | |

## ETHYPHARM S.A.S.'S MOTION TO DISMISS ADVERSARY COMPLAINT

Pursuant to Federal Rule of Bankruptcy Procedure 7012 and Federal Rules of Civil Procedure 12(b)(5) and (6), Ethypharm S.A.S. ("**Ethypharm**"), hereby moves this Court for an order, in the form attached hereto as **Exhibit A**, dismissing the adversary complaint (the "**Complaint**") of Plaintiff George Miller, as Chapter 7 in the above-captioned cases (the "**Trustee**"). The grounds for this Motion to Dismiss (this "**Motion**") are more fully set forth the *Opening Brief in Support of Ethypharm S.A.S.'s Motion to Dismiss Adversary Complaint* filed contemporaneously herewith.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

## LOCAL RULE 7012-1 STATEMENT

Pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure and Local Rule 7012-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, Ethypharm advises the Court that it consents to entry of a final order or judgment by the Court in respect of the dismissal of the Complaint in the above-captioned adversary proceeding.

*[Remainder intentionally left blank]*

WHEREFORE, Ethypharm requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, and grant such other and further relief as is appropriate.

Dated: September 22, 2025
Wilmington, Delaware

| | */s/ Donna L. Culver* |
|---|---|
| BAKER BOTTS L.L.P. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Scott R. Bowling (*pro hac vice* admission pending) | Donna L. Culver (No. 2983) |
| 30 Rockefeller Plaza | Curtis S. Miller (No. 4583) |
| New York, New York 10112 | Andrew R. Remming (No. 5120) |
| Telephone:    (212) 408-2500 | 1201 N. Market Street, 16th Floor |
| Facsimile:    (212) 259-2501 | P.O. Box 1347 |
| Email: scott.bowling@bakerbotts.com | Wilmington, Delaware 19899-1347 |
| | Telephone: (302) 658-9200 |
| -and- | Facsimile: (302) 658-3989 |
| | Email:  dculver@morrisnichols.com |
| BAKER BOTTS L.L.P. | cmiller@ morrisnichols.com |
| Kevin Chiu (*pro hac vice* admission pending) | aremming@ morrisnichols.com |
| 2001 Ross Avenue, Suite 900 | |
| Dallas, Texas 75201-2980 | *Attorneys for Ethypharm S.A.S.* |
| Telephone:    (214) 953-6500 | |
| Facsimile:    (214) 953-6503 | |
| Email: kevin.chiu@bakerbotts.com | |