**<u>Exhibit A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, et al.,<br><br>Debtors.[2] | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>-v-<br><br>ETHYPHARM,<br><br>Defendant. | Adv. Pro. No. 25-50249 (KBO) |

**ORDER GRANTING**
**ETHYPHARM S.A.S.'S MOTION TO DISMISS ADVERSARY COMPLAINT**

This matter having come before the Court on the *Ethypharm S.A.S.'s Motion to Dismiss Adversary Complaint* (the "**Motion**"); the Court having reviewed the Motion and the *Opening Brief in Support of Ethypharm S.A.S.'s Motion to Dismiss Adversary Complaint*; and the Court having the authority to consider the Motion, the relief requested therein and the responses thereto, if any, and the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was sufficient under the circumstances and that no other or further notice

---

[2] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

2

need be provided; and upon the record herein; and after due deliberation thereon; and this Court having determined that there is good and sufficient cause for the relief granted in this Order, therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted in all respects.

2. The Complaint is dismissed with prejudice.

3. The Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.