# EXHIBIT B

# Chiu, Kevin

| | |
|---|---|
| **From:** | Mann, Tamara K. <tmann@morrisnichols.com> |
| **Sent:** | Thursday, April 20, 2023 11:51 AM |
| **To:** | sfraser@cozen.com |
| **Cc:** | jcarroll@cozen.com; csanfelippo@cozen.com; Miller, Curtis; Remming, Andrew; Bowling, Scott; Chiu, Kevin; Saxon, Shelby |
| **Subject:** | Akorn - Ethypharm S.A.S. Objection [Sealed] (D.I. 102) |
| **Attachments:** | DI 102 - [SEALED] Ethypharm Objection.PDF |

**[EXTERNAL EMAIL]**

Simon,

Please find attached the unredacted version of Ethypharm S.A.S's Objection (D.I. 102). After you have had a chance to review the Objection, as required by the Court's chambers procedures can you please let us know: (i) if you intend to cross-examine Mr. Monin and (ii) if the Trustee will stipulate to the admissibility of Mr. Monin's declaration so that the Court will know that the hearing will involve live testimony and our client can avoid traveling to the United States for Monday's hearing. Due to the fact that our client is in Europe, they need to finalize their travel plans soon so we would appreciate it if you can let us know as soon as possible your answers to (i) and (ii).

Thank you,
Tammy

**TAMARA K. MANN**
Special Counsel
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 351-9377 T | (302) 588-2829 C
**tmann@morrisnichols.com | vcard | bio**
**www.morrisnichols.com**

This message, including any accompanying documents or attachments, may contain information that is confidential or that is privileged. If you are not the intended recipient of this message, please note that the dissemination, distribution, use or copying of this message or any of the accompanying documents or attachments is strictly prohibited. If you believe that you may have received this message in error, please contact me at (302) 658-9200 or by return e-mail.