IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al*<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE REGARDING**
**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**DECEMBER 19, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE**
**HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET**
**STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

I, John T. Carroll, III, counsel to George L. Miller, in his capacity as chapter 7 Trustee (the "Trustee") in the above-captioned matter, hereby certify that on December 17, 2025 the *Notice of Agenda of Matters Scheduled for Hearing on December 19, 2025 at 10:00 a.m. (ET)* (the "Notice") was electronically filed with the Court using the Court's Case Management/Electronic Case Files System (CM/ECF). Notification of filing the Notice was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system on the registered participants in the above-captioned matter.

Dated: December 17, 2025
Wilmington, Delaware

COZEN O'CONNOR

By:    */s/ John T. Carroll, III*
         John T. Carroll, III (DE Bar No. 4060)
         1201 N. Market Street
         Suite 1001
         Wilmington, DE  19801
         (302) 295-2028 Phone
         (302) 295-2013 Fax No.
         jcarroll@cozen.com

         *Counsel to George L. Miller,*
         *Chapter 7 Trustee*

1